IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         1:13cr28-MHT
                              )             (WO)
ALEJANDRO CRUZ-ROMERO         )
```

ORDER

Based on the representations made on the record on November 18, 2014, and after consideration of the response filed by defendant Alejandro Cruz-Romero on November 18, 2014 (doc. no. 159), it is ORDERED that defendant Alejandro Cruz-Romero's motion for a declaration of indigency (doc. no. 156) is granted to the extent that defendant Cruz-Romero shall be furnished a free copy of the transcripts of the plea hearings held on September 25 and October 10, 2013. The clerk of the court is DIRECTED to make appropriate arrangements for the free transcripts for defendant Cruz-Romero.

DONE, this the 19th day of November, 2014.

/s/ Myron H. Thompson____
UNITED STATES DISTRICT JUDGE