IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )         1:13cr28-MHT
                            )            (WO)
ALEJANDRO CRUZ-ROMERO       )
```

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered March 3, 2017, and after an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant Alejandro Cruz-Romero's motion for retroactive application of sentencing guidelines (doc. no. 171) is granted.

(2) Pursuant to 18 U.S.C. § 3582(c)(2), defendant Cruz-Romero's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 235 months is reduced to 188 months.

DONE, this the 3rd day of March, 2017.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**